UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JAMES C. MAXEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:21–CV–28 |
| | ) | |
| BARAK H. OBAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated April 19, 2021, [Doc. 5]. In that Report and Recommendation, the Magistrate Judge recommends that plaintiff's motion to proceed in forma pauperis, [Doc. 1], be granted, but that plaintiff's complaint, [Doc. 2], be dismissed with prejudice under 28 U.S.C. § 1915(e) because the claims are devoid of any legal and factual merit, [Doc. 5, PageID 22]. Neither party has filed objections to the recommendation in the time allowed. See Fed. R. Civ. P. 72.

After consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 5], that the plaintiff's complaint be dismissed with prejudice.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE